UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Willkie Farr & Gallagher LLP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES AIR FORCE, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:21-cv-01365 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated July 12, 2021, Plaintiff Willkie Farr & Gallagher, LLP and United States Air Force ("USAF"), by and through undersigned counsel, report to the Court as follows.

1.  This action involves a Freedom of Information Act ("FOIA") request dated February 28, 2020 to the United States Central Command that sought certain contracts and related documentation for certain projects in Afghanistan from January 1, 2002 through December 31, 2014. USAF provided a response dated November 25, 2020 to the request, in which it produced documents that were redacted in part based on certain identified FOIA exemptions. Plaintiff filed an administrative appeal of that determination, which appeal still was pending at the time this lawsuit was filed.

2.  USAF states that it has identified two additional responsive documents in addition to the 103 responsive documents originally released with redactions to Plaintiff, and that those two additional documents are currently undergoing review. In addition, the redactions to the previously produced documents are being re-reviewed to assess whether additional information

can be released. That review process is ongoing and, with the two additional documents also undergoing review, comprises approximately 1,249 pages. USAF expects to complete the review of these pages and to make a supplemental production to Plaintiff within approximately 45 days, that is, by the middle of September.

3.      The parties propose that they file a further status report on September 28, 2021, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

/s/ _Randall Jackson_
Randall Jackson (D.C. BAR No. 490798)
Nicholas Reddick (D.C. BAR No. 1670683)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
RJackson@willkie.com
NReddick@willkie.com

Counsel for Plaintiff

AND

CHANNING D. PHILLIPS, D.C. BAR#415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

Counsel for Defendant